In re:                                                              Case No. 20-11779-jps
David Pierson                                                       Chapter 7
Jennifer Lynne Pierson
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0647-1          User: admin          Page 1 of 2          Date Rcvd: Apr 01, 2020
                             Form ID: 309A         Total Noticed: 39


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 03, 2020.
```
db/db        +David Pierson,   Jennifer Lynne Pierson,   1445 Nichols Ave,    Lorain, OH 44053-1041
26526416     +Ally Financial,   500 Woodward Ave,   Detroit, MI 48226-3416
26526417     +Best Greening Services,   12830 Triskett Rd,   Cleveland, OH 44111-2531
26526423    ++CREDIT ACCEPTANCE CORPORATION,   25505 WEST 12 MILE ROAD,    SOUTHFIELD MI 48034-8316
              (address filed with court:  Credit Acceptance,   25505 West Twelve Mile Road,
              Southfield, MI 48034)
26526420      Chase Recievables,   PO BOX 4415,   Concord, CA 94524
26526422     +Coastal Credit,   P.O. Box 205736,   Dallas, TX 75320-5736
26526425     +Dr. Russell, Berkebile & Associates,   221 West 8th Street,   Lorain, OH 44052-1800
26526427     +ER Med Services of Lorain Inc,   PO Box 936,   Atlanta, GA 30301-0936
26526426     +Eagle Loan Company of Ohio,   633 Chestnut Commons Drive,   Elyria, OH 44035-9609
26526428     +First Credit,   P.O. Box 630838,   Cincinnati, OH 45263-0838
26526429     +First Federal Credit Control, Inc.,   24700 chargrin blvd,   cleveland , OH 44122-5662
26526431     +Genesis Card Services,   PO Box 23039,   Columbus , GA 31902-3039
26526432      Halsted Financial Services, LLC,   SKOKIE, IL 60076
26526434     +Law Offices of Robert A. Schuerger Co, LPA,   81 South Fifth St,   Suite 400,
              Columbus, OH 43215-4323
26526436     +M & M Health Care,   6935 Woodlands Lane,   Solon, OH 44139-4664
26526437     +Malorie A. Alverson, Esq,   35765 Chester Road,   Avon, OH 44011-1262
26526438     +Maxi-Vac,   PO Box 668,   Dundee, IL 60118-0668
26526439     +Mercy Health,   3600 KOLBE RD,   LORAIN, OH 44053-1652
26526440     +Mercy Health Physicians,   PO BOX 1279,   Oaks, PA 19456-1279
26526441     +Michael Post,   4570 Broadway,   Lorain , OH 44052-5538
26526444     +Ohio Auto Finance,   750 Cleveland Street,   Elyria, OH 44035-4142
26526448     +Total Card, Inc,   2700 S. Lorraine Place,   Sioux Falls, SD 57106-3657
26526451      US Department of Education,   Direct Loan Servicing Center,   Greenville, TX 75403-5609
26526450     +University Primary Care Practice,   PO BOX 77217,   Detroit, MI 48277-0217
26526449     +University hospitals,   11100 Euclid Ave,   Cleveland, OH 44106-5000
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty           E-mail/Text: docket@ohbksource.com Apr 01 2020 23:38:55    William J. Balena,
              Balena Law Firm LLC,   30400 Detroit Road,   Suite 106,   Westlake, OH  44145
tr            EDI: QDOSIMON.COM Apr 02 2020 03:08:00    David O. Simon, Trustee,   55 Public Square,
              Suite 2100,   Cleveland, OH  44113-1902
ust          +E-mail/Text: ustpregion09.cl.ecf@usdoj.gov Apr 01 2020 23:40:18    Cynthia J. Thayer,
              US Department of Justice,   201 Superior Avenue,   Suite 441,   Cleveland, OH 44114-1234
26526419      EDI: CAPITALONE.COM Apr 02 2020 03:08:00    Capital One Bank USA,   15000 Capital One Drive,
              Richmond, VA 23238
26526421     +E-mail/Text: bankruptcy@jdbyrider.com Apr 01 2020 23:42:13    CNAC,
              12802 Hamilton Crossing Blvd,   Carmel, IN 46032-5424
26526418     +E-mail/Text: bankruptcy@cavps.com Apr 01 2020 23:41:33    Calvary SPV 1 LLC,
              500 Summit Lake Drive,   Valhalla, NY 10595-1340
26526430     +EDI: AMINFOFP.COM Apr 02 2020 03:08:00    First Premier Bank,   3820 North Louise Avenue,
              Sioux Falls, SD 57107-0145
26526433     +EDI: HFC.COM Apr 02 2020 03:08:00    HSBC,   P.O. Box 30253,   Salt Lake City, UT 84130-0253
26526435     +E-mail/PDF: resurgentbknotifications@resurgent.com Apr 01 2020 23:43:17    LVNV Funding,
              P.O. Box 10497,   Greenville, SC 29603-0497
26526443     +EDI: MID8.COM Apr 02 2020 03:08:00    Midland Credit Management, Inc.,
              2365 Northside Drive, #300,   San Diego, CA 92108-2709
26526445     +E-mail/Text: Bankruptcy.notices@tax.state.oh.us Apr 01 2020 23:42:02
              OHIO DEPARTMENT OF TAXATION,   Bankruptcy Division,   PO Box 530,   Columbus, OH 43216-0530
26526446      EDI: PRA.COM Apr 02 2020 03:08:00    Portfolio Recovery Associates, LLC,   P.O. Box 12914,
              Norfolk , VA 23541
26526447      EDI: NEXTEL.COM Apr 02 2020 03:08:00    Sprint Corporation,   6200 Sprint Pkwy,
              Overland Park, KS 66251
26526452     +EDI: VERIZONCOMB.COM Apr 02 2020 03:08:00    Verizon Wireless,   P.O. Box 26055,
              Minneapolis, MN 55426-0055
                                                                                      TOTAL: 14


           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
26526442      Michael Post
26526424*    +Credit Acceptance Corp.,   25505 West Twelve Mile Road,   Southfield, MI 48034-8316
                                                                        TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
                    ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 03, 2020                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 1, 2020 at the address(es) listed below:
          David O. Simon, Trustee   david@simonlpa.com,  dosimon@ecf.axosfs.com
          William J. Balena   on behalf of Debtor Jennifer Lynne Pierson docket@ohbksource.com,
          janet@ohbksource.com
          William J. Balena   on behalf of Debtor David  Pierson docket@ohbksource.com,
          janet@ohbksource.com
                                                                        TOTAL: 3
```

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **David Pierson** | Social Security number or ITIN **xxx–xx–0627** |
| | First Name   Middle Name   Last Name | EIN __–_____ |
| Debtor 2<br>(Spouse, if filing) | **Jennifer Lynne Pierson** | Social Security number or ITIN **xxx–xx–0363** |
| | First Name   Middle Name   Last Name | EIN __–_____ |
| United States Bankruptcy Court   **Northern District of Ohio** | | |
| Case number:   **20–11779–jps** | | Date case filed for chapter **7   3/30/20** |

## Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline   12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | David Pierson | Jennifer Lynne Pierson |
| 2. | **All other names used in the last 8 years** | | fka Jennifer Beyer |
| 3. | **Address** | 1445 Nichols Ave<br>Lorain, OH 44053 | 1445 Nichols Ave<br>Lorain, OH 44053 |
| 4. | **Debtor's attorney**<br>Name and address | William J. Balena<br>Balena Law Firm LLC<br>30400 Detroit Road<br>Suite 106<br>Westlake, OH 44145 | Contact phone (440) 365–2000<br>Email:  docket@ohbksource.com |
| 5. | **Bankruptcy trustee**<br>Name and address | David O. Simon, Trustee<br>55 Public Square<br>Suite 2100<br>Cleveland, OH 44113–1902 | Contact phone (216) 621–6201<br>Email:  david@simonlpa.com |

**For more information, see page 2 >**

| 6. | **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov.<br>www.ohnb.uscourts.gov. | United States Bankruptcy Court<br>Howard M. Metzenbaum U.S. Courthouse<br>201 Superior Avenue<br>Cleveland, OH 44114–1235 | Hours open:<br>9:00 AM – 4:00 PM<br><br>Contact phone 216–615–4300<br><br>Date: 4/1/20 |
|---|---|---|---|
| 7. | **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **May 7, 2020 at 10:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>**\*\*\* Valid photo identification required \*\*\***<br>**\*\*\* Proof of Social Security Number required \*\*\*** | Location:<br><br>**341 Meeting, H.M.M. US Courthouse, 201 Superior Ave, 6th Floor, Cleveland, OH 44114** |
| 8. | **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| 9. | **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br><br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 7/6/20** |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |